**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOANN MCLAUGHLIN, | ) | |
| on behalf of Plaintiff and the class | ) | |
| members described herein, | ) | Case No.: 1:23-cv-05825 |
| | ) | |
| Plaintiff, | ) | Honorable Steven C. Seeger |
| | ) | |
| v. | ) | |
| | ) | |
| ROSEBUD LENDING DRT, doing | ) | |
| business as MyQuickWallet.com; | ) | |
| PRINCETON ALTERNATIVE | ) | |
| FUNDING, LLC; | ) | |
| PRINCETON ALTERNATIVE | ) | |
| INCOME FUND, LP; | ) | |
| and JOHN DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES**

Plaintiff JoAnn McLaughlin ("Plaintiff") submits this notice to inform the Court that the

parties have reached an agreement in principle to settle this matter and are negotiating a written

settlement agreement. The parties intend to file a stipulation of dismissal within the next sixty

days. Accordingly, Plaintiff respectfully request that the Court stay all deadlines.

Respectfully submitted,

*/s/Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Matthew J. Goldstein
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)

1

dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, certify that on Friday, September 15, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.


*/s/Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Matthew J. Goldstein
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com